SAUNDRA DRAZIN v. WILLIAM SHANIK AND
SOPHIA PREIKSTAS.

February 26, 1980.

Petition for certification denied. (See 171 *N.J.Super.* 76)

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. T. Z. AND R. Z.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL RIEGER.

February 26, 1980.

Petition for certification denied.